494 A.2d 1049

**COMMONWEALTH of Pennsylvania, Petitioner,**

v.

**Dennis STATEN.**

Supreme Court of Pennsylvania.

June 21, 1985.

ORDER

PER CURIAM.

AND NOW, this 21st day of June, 1985, the Petition for Allowance of Appeal is granted, the Order of the Superior Court is vacated and the matter remanded to the Superior Court for consideration of the merits of the double jeopardy issue in view of our decision in *Commonwealth v. Zoller*, 507 Pa. 344, 490 A.2d 394 (1985).

PAPADAKOS, J., dissents.